UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON F. LIVERPOOL,

    Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

    Defendants.

18-CV-1354 (PAE) (BCM)

**ORDER PROVIDING CORRECTED DIAL-IN INFORMATION FOR APRIL 8, 2020 TELEPHONIC CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated March 13, 2020 (Dkt. No. 70), the Court scheduled a telephonic status and scheduling conference for April 8, 2020, at 10:30 a.m. That Order contained incorrect dial-in information. By this Order, the Court provides the correct dial-in information for the telephonic conference scheduled for April 8, 2020, at 10:30 a.m.

It is hereby **ORDERED** that the Warden or other official in charge of the Intake Center in Cranston, RI 02920, produce plaintiff Anton Liverpool, Inmate ID No. 155581, on **April 8, 2020, at 10:20 a.m.**, to a suitable location within the Intake Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Kevin Snell at (212) 805-0228.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Intake Center to arrange the call and ensure that plaintiff will be able to dial-in to the below dial-in number at the above time and date; and (3) telephone chambers using the following dial-in information on **April 8, 2020, at 10:30 a.m.**:

    Call in number:    888-557-8511
    Access Code:    7746387

The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff.

Dated: New York, New York
       March 18, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**