UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANTON F. LIVERPOOL,

          Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

          Defendants.

18-CV-1354 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed pro se plaintiff Anton Liverpool's undated letter (Dkt. No. 86), which appears to (i) renew his request for an order requiring defendants to identify two John Doe defendants described in his September 6, 2018 Amended Complaint; and (ii) renew his request for leave to further amend his pleading to allege additional claims, arising out of events not previously pleaded, against two additional defendants. The request for identification of the Doe defendants was previously made in plaintiff's letter dated January 27, 2020 (Dkt. No. 67), and discussed and denied during a teleconference on May 18, 2020, as memorialized in the Court's Order dated May 19, 2020. (Dkt. No. 81.) The request for leave to file a further amended complaint was made on May 28, 2020, when plaintiff filed his proposed "Amendment of Complaint" (Dkt. No. 82), and denied in this Court's Order dated June 9, 2020. (Dkt. No. 85.)

    Nothing in plaintiff's most recent letter warrants reconsideration or modification of the Court's prior orders. Consequently, insofar as the letter at Dkt. No. 86 requests such relief, it is DENIED.

    The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff Liverpool.

Dated: New York, New York
       June 26, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**