UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020
```

-----------------------------------------------------------------------X
: 
ANTON F. LIVERPOOL,                                      :
:
                                    Plaintiff,          :
:                          18-cv-1354 (LJL)
              -v-                                        :
:                              ORDER
CITY OF NEW YORK, et al.,                                :
:
                                    Defendants.         :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On October 16, 2020, Defendants filed a motion for summary judgment.  Dkt. No. 89.  It is hereby ORDERED that Plaintiff shall mail his opposition by December 11, 2020.  Defendants shall submit their reply two weeks from the date that Plaintiff's opposition is filed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 30, 2020
       New York, New York          _____
                                            LEWIS J. LIMAN
                                        United States District Judge