```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ANTON F. LIVERPOOL,                                               :
                                                                  :
                        Plaintiff,                                :
                                                                  :       18-cv-1354 (LJL)
        -v-                                                       :
                                                                  :          ORDER
CITY OF NEW YORK, et al.,                                         :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court is in recent of Plaintiff's November 10, 2020 letter asking for an extension of time to oppose Defendants' motion for summary judgment. See Dkt. No. 96.

Plaintiff has requested an extension of time for two reasons. First, he states that his current facility has limited access to the law library to pro se litigants in criminal cases due to COVID-19 and as a result, he does not have access to legal research. Second, he states that he is waiting for the NYLAG legal clinic to respond to his request for legal assistance.

The NYLAG clinic is not part of or run by the Court. Its website says that the clinic cannot assist individuals while they are incarcerated, but can provide assistance to litigants once they are released from custody. For Plaintiff's benefit, the Court has attached to this order the Information Package that was previously mailed to Plaintiff on June 5, 2018. See Dkt. No. 10.

The Court will GRANT an extension of time for Plaintiff to file his opposition. It is ORDERED that Plaintiff shall mail his opposition by January 29, 2021. Defendants shall submit their reply three weeks from the date that Plaintiff's opposition is filed.

The Clerk of Court is respectfully directed to mail a copy of this Order and the attached

Information Package.

    SO ORDERED.

Dated: November 12, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge