```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANTON F. LIVERPOOL,                                              :
                                                                 :
                              Plaintiff,                         :
                                                                 :       18-cv-1354 (LJL)
           -v-                                                   :
                                                                 :            ORDER
CITY OF NEW YORK, et al.,                                        :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2021

LEWIS J. LIMAN, United States District Judge:

Plaintiff requested the production of releases signed between him and the City in the past. His request for production of releases was denied. *See* Dkt. Nos. 100, 102.

Plaintiff also requested an extension of time to submit his opposition to Defendants' motion for summary judgment. The request for an extension of time is GRANTED. Plaintiff shall mail his opposition to Defendants' motion for summary judgment by February 26, 2021.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 13, 2021
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge