USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|12|2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
LIVERPOOL,

                            Plaintiff,                        18 **CIVIL** 1354 (LJL)

          -against-                                  **JUDGMENT**

CITY OF NEW YORK, et al.,

                          Defendants.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated August 12, 2021, Defendants' motion for summary

judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          August 12, 2021

                                **RUBY J. KRAJICK**

                                **Clerk of Court**

                **BY:**

                                **Deputy Clerk**