```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LIVERPOOL,                                                         :
:
          Plaintiff,                                               :
:                          18-cv-1354 (LJL)
          -v-                                                      :
:                          ORDER
CITY OF NEW YORK, et al.,                                          :
:
          Defendants.                                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to mail a copy of the Court's Opinion and Order at Dkt. No. 110 to the Plaintiff.

      SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                                    LEWIS J. LIMAN
                                       United States District Judge